**United States District Court**
For the Northern District of California

1
2
3
4
5                     UNITED STATES DISTRICT COURT

6                    NORTHERN DISTRICT OF CALIFORNIA

7

8   MICHAEL DEAN JONES,                    No. C-12-2870 EMC (pr)

9              Plaintiff,

10        v.                               **SCHEDULING ORDER**

11  CITY AND COUNTY OF SAN
    FRANCISCO; *et al.*,
12
             Defendants.
13  _____/

14

15

16        Defendants have filed a motion to dismiss due to Plaintiff's failure to provide a current

17  address.  Plaintiff must file and serve his opposition to the motion or a notice of change of address

18  that provides an updated address no later than **February 8, 2013**.  Defendants must file and serve

19  any reply no later than **February 15, 2013**.

20

21        IT IS SO ORDERED.

22

23  Dated:  January 29, 2013

24                                         _____

25                                         EDWARD M. CHEN
                                           United States District Judge
26

27

28