UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL DEAN JONES,

        Plaintiff,

   v.

CITY AND COUNTY OF SAN FRANCISCO; *et al.*,

        Defendants.
_____/

No. C-12-2870 EMC (pr)

**SCHEDULING ORDER**

Defendants have filed a motion to dismiss due to Plaintiff's failure to provide a current address. Plaintiff must file and serve his opposition to the motion or a notice of change of address that provides an updated address no later than **February 8, 2013**. Defendants must file and serve any reply no later than **February 15, 2013**.

       IT IS SO ORDERED.

Dated: January 29, 2013

                                                    EDWARD M. CHEN
                                                    United States District Judge